UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tonya Brooks,                                                      Case No. 3:18-cv-362

        Plaintiff

  v.                                                                        JUDGMENT ENTRY

N.A.R., Inc., et al.,

        Defendants

For the reasons stated in the Memorandum Opinion filed concurrently, Defendant N.A.R., Inc.'s motion to dismiss and compel arbitration is granted.  (Doc. No. 21).

                                              s/ Jeffrey J. Helmick
                                              United States District Judge